IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHISHKUMAR PATEL, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00300-TES |
| | * |
| US CITIZENSHIP AND IMMIGRATIONS SERVICES, | * |
| Defendant. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk